1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7              **FOR THE DISTRICT OF ARIZONA**

8

9    Lance Leonard Jones,                      )    No. CV 07-0164-PHX-NVW (JI)
                                               )
10                   Petitioner,               )    **ORDER**
                                               )
11       v.                                    )
                                               )
12                                             )
     Ivan Bartos, et al.,                      )
13                                             )
                     Respondents.              )
14   _____       )

15          Pending before the court is the Report and Recommendation ("R&R") of Magistrate

16   Judge Irwin (Doc. # 11) regarding petitioner's Petition for Writ of Habeas Corpus filed

17   pursuant to 28 U.S.C. § 2254 (Doc. # 1).  The R&R recommends that the Petition be denied

18   and dismissed with prejudice.  The Magistrate Judge advised the parties that they had ten

19   days to file objections to the R&R.  (R&R at 12 (citing 28 U.S.C. § 636(b)).   The court

20   granted Petitioner's motion to extend his time to file objections to January 25, 2008 (Doc.

21   # 13) .  No objections were filed.

22          Because the parties did not file objections, the court need not review any of the

23   Magistrate Judge's determinations on dispositive matters.  *See* 28 U.S.C. § 636(b)(1);

24   Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003);

25   *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any

26   review at all . . . of any issue that is not the subject of an objection.").  The absence of a

27   timely objection also means that error may not be assigned on appeal to any defect in the

28   rulings of the Magistrate Judge on any non-dispositive matters.  Fed. R. Civ. P. 72(a)

1    ("Within 10 days after being served with a copy of the magistrate judge's order, a party may

2    serve and file objections to the order; a party may not thereafter assign as error a defect in

3    the magistrate judge's order to which objection was not timely made."); *Simpson v. Lear*

4    *Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117, 1120-

5    21 (9th Cir. 2002).

6            Notwithstanding the absence of an objection, the court has reviewed the R&R and

7    finds that it is well taken.  The court will accept the R&R and dismiss the Petition.  *See* 28

8    U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or

9    in part, the findings or recommendations made by the magistrate").

10           IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate

11   Judge (Doc. #11) is accepted.

12           IT IS FURTHER ORDERED that Clerk of the Court enter judgment dismissing

13   petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. #

14   1) with prejudice.   The Clerk shall terminate this action.

15           DATED this 11th day of February, 2008.

16

17   _____
                     Neil V. Wake
18                  United States District Judge

19

20

21

22

23

24

25

26

27

28